# United States Bankruptcy Court
## District of Nevada

Case No. **10–53720–gwz**

**Chapter 7**

In re: (Name of Debtor)
   EDGAR M MARTINEZ                                   ARACELY MARTINEZ
   1095 CARTAGO COURT                     1095 CARTAGO COURT
   SPARKS, NV 89436                              SPARKS, NV 89436

Social Security No.:
   xxx–xx–2285                                              xxx–xx–0720

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT KEITH J TIERNEY is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 12/27/10                                         BY THE COURT

*Mary A. Schott*

                                                               Mary A. Schott
                                                               Clerk of the Bankruptcy Court